## CONTRACTOR AGREEMENT

This Agreement entered into this _02_ day of _29_____, 20_12_, by and between **KLEEN1, LLC.**, hereinafter ("**Kleen1**") who's business address is 20533 Biscayne Blvd., Suite 347, Aventura, FL 33180, and ___Sergio Oramas_____, hereinafter ("**Contractor**").

WHEREAS, Kleen1 is in the business of securing commercial cleaning and maintenance contracts; and

WHEREAS, Contractor warrants that it/he/she is in the business of providing maintenance and cleaning services in commercial facilities and has sufficient skill and experience to perform all necessary tasks in that industry and, specifically, the duties described in Exhibit "A" attached hereto, and

WHEREAS, Contractor and Kleen1 have agreed upon the terms and conditions upon which they will enter into this contract, and wish to memorialize those terms and conditions as set forth below.

NOW THEREFORE, in consideration of the mutual promises contained herein, Contractor and Kleen1 agree as follows:

1. Contractor Responsibilities.

**A.** Contractor agrees to be responsible for the performance of all services described in Exhibit A attached hereto. Contractor shall be free to perform those services personally, through employees, or otherwise, at the discretion of Contractor, so long as such services are performed in accordance with the schedule contained within Exhibit A and in a workman-like and professional manner. Contractor recognizes and acknowledges that the specifications set forth in Exhibit A are the result of a negotiating process between Kleen1 and the customer who will receive such services and, therefore, strict adherence to the requirements of the customer are necessary in order to satisfy and retain such customer.

**B.** Contractor shall provide his own labor, supervision, materials, supplies and equipment (unless otherwise specified in Exhibit A) necessary for the performance of the services provided. Contractor shall pay its employees, and shall hold Kleen1 and customer harmless from any claims made by such employees. Contractor agrees to comply with all applicable state and federal laws with respect to the payment of its employees, including but not limited to the payment of social security, unemployment insurance, workman's compensation insurance, and minimum wages and overtime as required by the Fair Labor Standards Act. Contractor shall maintain workers compensation insurance as required by law and public property liability insurance with a minimum coverage of $300,000 and contractor shall name Kleen1 as an additional insured under the liability policies. Kleen1 may request, at any time, proof of insurance coverage which Contractor agrees to promptly provide. Contractor further covenants and agrees to pay all license fees, business taxes or any other charges levied by any governmental agency with respect to its performance under this Agreement. Contractor shall indemnify and hold Kleen1 and customer harmless from any and all liability related to Contractor's performance hereunder, including penalties, damages, charges, fines, lawsuits, accidents, employment-related claims and any an all other liabilities that are created as a result of Contractor's performance of the services contracted hereunder.

**C.** Contractor acknowledges that Kleen1 will suffer significant loss of revenue in the event that Contractor fails to perform hereunder. Contractor acknowledges that Kleen1 has a right to mitigate any damages caused by Contractor's poor performance or non-performance and, accordingly, Contractor agrees that Kleen1 may back charge Contractor at a rate of $25.00 per man hour to perform the services that Contractor agrees to perform hereunder if Contractor fails to perform such services in a workman-like manner acceptable to the ultimate customer.

**D.** In the event that Kleen1 loses its contract wit the customer due to Contractor's failure to provide adequate services hereunder, regardless of Kleen1's efforts, if any, to mitigate such damages, Contractor shall be liable to Kleen1 for all lost profits that Kleen1 would have been entitled to for the balance of the contract between Kleen1 and the customer, as well as for any consequential damages Kleen1 may suffer as a result of Contractor's negligence or breach of this Agreement.

**E.** Kleen1 agrees to pay Contractor in accordance with the fee schedule set forth in Exhibit A attached hereto.

**F.** In consideration for this Agreement, Contractor covenants and agrees not to interfere with Kleen1's business relationships or prospective business relationships. During the time period that Contractor provides services to Kleen1 hereunder and for two (2) years from the termination of this relationship, Contractor and its principals agree to refrain from contacting, contracting with, soliciting, or doing business with any of Kleen1's customers or clients serviced by Contractor during the time that Contract and Kleen1 have been associated. The provisions of this Section shall expressly survive the termination of this Agreement and the term of Contractor's engagement with Kleen1. In the event of a breach by Contractor of the terms of this Agreement, and in particular this Section, Kleen1 shall be entitled, if it shall so elect, to institute legal proceedings to obtain damages for any such breach, or to enforce the specific performance of this Agreement by Contractor and to enjoin Contractor from any further violation of this Agreement and to exercise such remedies cumulatively or in conjunction with all other rights and remedies as provided by law. Contractor

acknowledges, however, that the remedies at law for any breach by him/her/it of the provisions of the Agreement may be inadequate and that the Kleen1 shall be entitled to injunctive relief against him/her/it in the event of such breach. It is the intention of the parties that the provisions of this Agreement hereof shall be enforceable to the fullest extent permissible under applicable law, but that the unenforceability (or modification to conform to such law) of any provision or provisions hereof shall not render unenforceable, or impair, the remainder thereof. If any provisions hereof shall be deemed invalid, a Court or Arbitrator of competent jurisdiction is empowered and authorized to delete or modify as necessary, the offending provision or provisions and to alter the bounds thereof in order to render it valid and enforceable.

G. Nothing contained herein shall authorize Contractor to pledge the credit of Kleen1, nor create a master/servant relationship or joint venture relationship, nor principal and agent relationship, nor partnership. This Agreement shall remain in effect until terminated by either party. Either party may terminate this Agreement by providing no less than 90 days prior written notice. Notwithstanding the above, Contractor may terminate this Agreement upon 60 days notice in the event that Kleen1 has not made an undisputed payment that is more than 45 days past due, and Kleen1 may terminate this Agreement at any time for cause without any notice. For the purpose of this Agreement, "cause" shall be defined as Contractor's repeated failure to perform in accordance with the standards set forth in Exhibit A as judged by Kleen1's sole discretion or Contractor's attempt to violate the non-solicitation provisions of this Agreement. Notice shall be provided at addresses set forth in this Agreement.

H. This Agreement shall not be assignable by the Contractor without first obtaining written permission of Kleen1. Kleen1 may assign this contract to any entity which succeeds in its interest.

I. Arbitration of Disputes: The Parties agree that all disputes between them of any sort, legal, contractual or otherwise, shall be resolved through binding Arbitration pursuant to the then existing National Rules for the Resolution of Commercial Disputes of the American Arbitration Association ("AAA"). The party initiating Arbitration shall be responsible for paying for the filing fee to initiate same. Thereafter, the parties shall jointly share in all costs of the Arbitration. The prevailing party in any Arbitration will be permitted to secure its reasonable costs and attorney's fees as part of any Award. The Arbitrator shall be empowered in accordance with the rules of the AAA, and will have the right to provide any and all remedies permitted by law. Any Arbitration in accordance herewith shall be though one Arbitrator jointly selected from the AAA's commercial law panel. If the parties cannot agree on the appointment, the American Arbitration Association shall be empowered to make such appointment in accordance with its rules. Both parties stipulate that the sole venue for Arbitration shall be Broward County, Florida.

J. Neither this Agreement nor any section hereof shall be construed against any party due to the fact that said Agreement or any such section hereof was drafted by said party or said party's legal counsel.

K. This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument. The section heading of this Agreement are for the convenience of reference only and shall not affect the construction or interpretation of any provisions hereof.

L. This Agreement shall be governed by and construed in accordance with the laws of the State of Florida.

M. This Agreement represents the entire Agreement of the parties and supersedes any prior oral or written agreements between the parties. No change in this Agreement shall be valid or enforceable unless executed by the parties. Any waiver by one party of any breach by the other shall not constitute a defense to any enforcement of a subsequent breach.

Kleen1, LLC:

By: _____

Print: PAUL ADEB

Title: Pres

Date: 2/29/12

Contractor:

By: Sergio Oromas

Print: SERGIO OROMAS

Title: _____

Date: _____

Address: 113 SW 9 St

Hallandale Bc 33009

SS/Fed ID#: _

2

# EXHIBIT A: SERVICE ADDENDUM

Per Agreement between Kleen 1, Inc. ("Kleen1") and _Sergio Oramas_ (the "Contractor") to perform cleaning services, Kleen1 contracts Contractor to provide said cleaning services at the following location _____ (the "Customer).

## A. GENERAL CONDITIONS (see attached)

1. The Contractor is to perform the services detailed in the following attachment.

2. Contractor agrees to provide all cleaning chemicals and equipment needed to perform the job, unless otherwise stated.

3. Contractor is responsible to supervise and check the job during and after each scheduled cleaning shift.

## B. SCHEDULE OF FEES

Kleen1 agrees to pay to Contractor the sum of $ _14 Per Hr_ bi-weekly in consideration for services performed properly as outlined in Exhibit A. Contractor agrees to submit his/her/its invoices to the Kleen1 at least five (5) days prior to the due date.

The Contractor, by signing below, agrees to all of the terms and conditions set forth in both this addendum, the original contract and any exhibits or attachments thereto.

**Kleen1:**

By: _____

Print Name: _____

Title: _Pres_

Date: _2/25/12_

**Contractor:**

By: _Sergio Or_

Print Name: _Sergio Oramas_

Title: _____

Date: _02-29-12_

3



**Sergio Orama**
Building Consulta

7925 NW 12th Str
Suite
Miami, FL 33

Cell: 786-343-1
Office: 305-487-8
Toll Free: 1-877-859-7
Fax: 305-487-8

S.Oramas@StratusSouthFlorida.c
www.StratusSouthFlorida.c



